State of Missouri      )
County of St. Louis    )

In The Circuit Court of the County of St. Louis
State of Missouri

Darrell Macon,                        )
                                      )
    Plaintiff,                        )  Cause No.   16SL-_____
vs.                                   )
                                      )  Division     _____
Family Dollar Stores of MO, LLC       )
Serve: CT Corp., registered agent     )
120 South Central Avenue              )
Clayton, MO 63105                     )
                                      )
    Defendant.                         )

## Petition for Recovery for an Intentional Tort

### Count I

COMES NOW Plaintiff Darrell Macon and for Count I of his cause of action against Defendant Family Dollar Stores of MO, LLC, states to the Court as follows:

1. That Plaintiff is a natural person, over the age of 18 years and residing in St. Louis County, MO where this cause of action accrued.

2. That Defendant Family Dollar Stores of MO, LLC (Defendant Family Dollar Store) is a foreign limited liability company formed under the laws of the State of Virginia and authorized to do business in the State of MO with numerous retain stores and its registered agent in St. Louis County, MO. Defendant Family Dollar Store owns and operates a chain of retail stores selling consumer goods for use for personal, family and household purposes.

4. That on or about the afternoon of March 17, 2016, during Defendant's regular business hours, Plaintiff was a lawful customer in Defendant's store located at 5251 Jennings Station Road, Jennings, MO

5. While Plaintiff was a patron at said Family Dollar Store, without any warning or provocation, he was savagely assaulted and beaten by two unknown assailants who entered Defendant Family Dollar Store during normal business hours.

6. Defendant Family Dollar Store was negligent at said time and place by failing to adequately protect the safety of Plaintiff by not contacting the police promptly

when the assailants entered the store and began putting on gloves. On information and belief, Plaintiff alleges that Defendant has a *"panic button"* which, when pushed, instantly alerts the police to trouble within the store. Defendant otherwise failed to intervene to protect Plaintiff.

7. As a result of said negligence, Plaintiff was caused to suffer serious bodily injury of a permanent nature, and has been compelled to expend a large sum of money for medical expenses. Plaintiff lost consciousness during the attack, sustained a broken rib, a head injury and bruises and contusions throughout his body

WHEREFORE, Plaintiff demands judgment on this Count against Defendant Family Dollar Store for such damages as are fair and reasonable and for his costs herein expended.

## Count II

COMES NOW Plaintiff Darrell Macon and for Count II of his cause of action against Defendant Family Dollar Stores of MO, LLC, states to the Court as follows:

1. That Plaintiff repeats and incorporates by reference the allegations of paragraphs 1-7 of Count I as though set out at length herein.

2. That Defendant Family Dollar Store's failure to act to protect Plaintiff was willful, wanton and malicious. In the alternative, Defendant Family Dollar Store's failure to act to protect Plaintiff was recklessly indifferent to his well being.

WHEREFORE, Plaintiff demands judgment on this Count against Defendant Family Dollar Store for compensatory and exemplary damages in an amount which is fair and reasonable and for his costs herein expended.

> Seltzer & Seltzer, L.C.
> 
> By: /s/ *Garry Seltzer*
> Garry Seltzer (#27790)
> mechliens@prodigy.net
> Kevin Seltzer (#59957)
> kevin.seltzer@gmail.com
> 7751 Carondelet Ave., Suite 708
> Clayton, MO. 63105
> (314) 862-1720
> (314) 727-3343 (fax)
> Attorneys for Plaintiff
> Darrell Macon



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>TOM W DE PRIEST JR | Case Number: 16SL-CC01483 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DARRELL MACON | Plaintiff's/Petitioner's Attorney/Address<br>GARRY SELTZER<br>7751 CARONDELET AVE. STE 708<br>CLAYTON, MO  63105-3331 | |
| vs. | | **SHERIFF FEE PAID** |
| Defendant/Respondent:<br>FAMILY DOLLAR STORES OF MO, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**   FAMILY DOLLAR STORES OF MO, LLC
                                              Alias:
**120 SOUTH CENTRAL AVENUE**           SERVE: CT CORP
**CLAYTON, MO  63105**                        REGISTERED AGENT



*COURT SEAL OF*

*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>25-APR-2016</u>                                                    _____
    Date                                                                                              Clerk

**Further Information:**
ALD

### Sheriff's or Server's Return
**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐  delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐  leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐  (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐  other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
         Printed Name of Sheriff or Server                                             Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
                   Subscribed and sworn to before me on _____ (date).
*(Seal)*
                   My commission expires: _____   _____
                                                                      Date                                                   Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $      10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 16-SMCC-2893**     2     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                                         54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

**Selecting an Alternative Dispute Resolution Procedure and a Neutral**

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 16-SMCC-2893**     3     (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case: 4:16-cv-00689-NCC   Doc. #: 1-3   Filed: 05/17/16   Page: 6 of 7 PageID #: 12



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>TOM W DE PRIEST JR | Case Number: 16SL-CC01483 |
|---|---|
| Plaintiff/Petitioner:<br>DARRELL MACON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GARRY SELTZER<br>7751 CARONDELET AVE. STE 708<br>CLAYTON, MO 63105-3331 |
| Defendant/Respondent:<br>FAMILY DOLLAR STORES OF MO, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Other Tort | |

**FILED** MAY 05 2016 JOAN M. GILMER CIRCUIT CLERK, ST LOUIS COUNTY

**SHERIFF FEE PAID**
(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: FAMILY DOLLAR STORES OF MO, LLC
Alias:
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

SERVE: CT CORP
REGISTERED AGENT

30 CTCORP

**COURT SEAL OF ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

25-APR-2016
Date

_____
Clerk

Further Information:
ALD

RECEIVED 2016 APR 27 PM 3:04 ST. LOUIS COUNTY SHERIFF'S OFFICE   APR 28 2016

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other
Served at   CT CORP.   LCW - A. CAIRNS   (address)
in ~~St. Louis County~~ (County/City of St. Louis), MO, on MAY 02 2016 (date) at 9 A.M. (time).

Rochell Huey
Printed Name of Sheriff or ~~Server~~

Rochelle H
Signature of Sheriff or ~~Server~~

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)   My commission expires: _____ _____
                                   Date           Notary Public

**Sheriff's Fees, if applicable**
Summons         $_____
Non Est         $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $   10.00
Mileage         $_____   (_____ miles @ $_____ per mile)
Total           $_____
A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) For Court Use Only: Document ID# 16-SMCC-2893   1   (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

FILED

MAY 05 2016

JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS CO., MO